**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

                    **RE:   Chan CHAMPA**
                            Docket Number:   1:05CR00291-01
                            <u>**RELEASE OF PASSPORT**</u>

Your Honor:

On October 20, 2004, the Honorable Robert N. Chatigny (D/CT), sentenced Mr. Champa to be imprisoned for a term of 12 months and 1 day followed by a three-year term of supervised release, as a result of his guilty plea to 18 USC 371 - Conspiracy to Defraud the United States.

On July 22, 2005, jurisdiction of Mr. Champa's case was transferred from the District of Connecticut to the Eastern District of California.

Thereafter, between November 4, 2005 and November 3, 2008, Mr. Champa actively participated in and successfully completed the Court-imposed three-year term of supervised release within the Eastern District of California.

During the previously noted court proceedings, Mr. Champa was under the supervision of the United States Pretrial Services Office. As a condition of his release, Mr. Champa was ordered by the sentencing Court to forfeit his passport to the clerk's office. Mr. Champa is now requesting his passport be returned to him, but the United States District Court Clerk's Office will not return the passport without authorization from Your Honor.

Therefore, we are recommending that Your Honor agree to have the United States District Court Clerk's Office release Mr. Champa's passport to him, or to the United States Probation Office, with the intent of releasing it to Mr. Champa.

                      Respectfully submitted,
                      /s/ Phil R. Hendley, Jr.

                      **Phil R. Hendley, Jr.**
                      **United States Probation Officer**

Rev. 05/2006
MEMO ~ COURT.MRG

RE: Chase, HAMPA
Docket Number: 1:05CR00291-01
**RELEASE OF PASSPORT**

Dated: February 18, 2009
Modesto, California
PRH/lr

**REVIEWED BY:**   /s/ Deborah A. Spencer
**Deborah A. Spencer**
**Supervising United States Probation Officer**

_____

AGREE: ____X____          DISAGREE: _____

IT IS SO ORDERED.

**Dated:   February 18, 2009**          /s/ Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE

2

Rev. 05/2006
MEMO ~ COURT.MRG